DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN BOMBART,**
Appellant,

v.

**FELICE BOMBART** and
**ALLEN BOMBART,**
Appellees.

Nos. 4D2022-3083 and 4D2022-3134

[February 22, 2024]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2016-CP-002685-XXXX-SB.

Brandan J. Pratt and Sam S. Moghadam of Huth, Pratt & Milhauser, Boca Raton, for appellant.

Scott A. Weiss of Scott A. Weiss, P.A., Fort Lauderdale, for appellee Felice Bombart.

Anthony S. Murphy of Jermaine O'Neill Thompson, P.A., Oakland Park, for appellee Allen Bombart.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***